# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TRIPPLE J INVESTMENTS, LLC,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No.  6:08-cv-283-Orl-DAB**

**CITY OF CAPE CANAVERAL and CITY OF CAPE CANAVERAL BOARD OF ADJUSTMENT,**

        **Defendants.**

_____

## MILBURN ORDER

This case is before the Court on a Motion for Summary Judgment. The parties are hereby notified that the Court will take the Motion for Summary Judgment under advisement on **October 1, 2009**. Until that date, an adverse party may file affidavits and other documents within the purview of Federal Rules of Civil Procedure 56 in opposition to the Motion. Failure to oppose the Motion for Summary Judgment may result in judgment for movant without further proceedings. *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); *See Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e). A hearing will not be held on the Motion for Summary Judgment unless requested by counsel.

**DONE** and **ORDERED** in Orlando, Florida on September 11, 2009.

                                              *David A. Baker*
                                          DAVID A. BAKER
                                   UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record