UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TRIPPLE J INVESTMENTS, LLC,**
a Florida limited liability company,

    Plaintiff,                              CASE NO.:  6:08-cv-00283-DAB

vs.

**CITY OF CAPE CANAVERAL,**
a municipal corporation and
**CITY OF CAPE CANAVERAL**
**BOARD OF ADJUSTMENT,**

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, **TRIPPLE J INVESTMENTS, LLC,** through its undersigned attorneys and pursuant to Local Rule 3.08, hereby notifies the Court that the parties have entered into a written settlement agreement and that the conditions of the settlement have been satisfied and Plaintiff will promptly file an agreed motion for dismissal.

    Dated: September 28, 2009.

                                                Respectfully,

                                                *Sheldon D. Stevens*
                                                SHELDON D. STEVENS, ESQUIRE

                                           Post Office Box 541760
                                           Merritt Island, FL  32954-1760
                                           Telephone:  (321) 453-2255
                                           Fax:  (321) 453-1110
                                           Florida Bar No.: 0202754
                                           Attorney for Tripple J Investment, LLC
                                           E-Mail: sstevens@stevenspa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on September 28, 2009, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

**Anthony A. Garganese, Esquire**
Brown, Garganese, Weiss & D'Agresta, P.A.
Post Office Box 2873
Orlando, FL  32802-2873
Attorney for City of Cape Canaveral and
City of Cape Canaveral Board of Adjustment
Email:  agarganese@orlandolaw.net

**Debra S. Babb-Nutcher, Esquire**
Brown, Garganese, Weiss & D'Agresta, P.A.
Post Office Box 2873
Orlando, FL  32802-2873
Attorney for City of Cape Canaveral and
City of Cape Canaveral Board of Adjustment
Email:  dbabb@orlandolaw.net

*Sheldon D. Stevens*
SHELDON D. STEVENS, ESQUIRE